RECEIVED
2010 DEC 28 P 2: 13
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:10 cr 255-WC |
| v. | ) | [29 USC 439(c)] |
| KATHERINE NANNETTE JONES and CHRISTY NICOLE FREEMAN | ) | **INFORMATION** |

The United States Attorney charges:

1. At all times material to this Information, Local Union No. 780 of the International Brotherhood of Electrical Workers in Eufaula, Alabama ("Local 780") was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq. Pursuant to Title 29, United States Code, Section 436 ("Section 436"), Local 780 was required to keep and maintain for five years, among other things, records accurately reflecting Local 780's expenditures.

## COUNT 1

2. On or about February 16, 2006, in Barbour County, in the Middle District of Alabama,

KATHERINE NANNETTE JONES

defendant herein, did willfully make a false entry in a record required to be kept by Section 436. Specifically, JONES caused (a) Local 780 check number 466 to be made payable to herself in the amount of $2120.00, and (b) the notation on the accompanying check stub to falsely state that the purpose of the check related to payment of expenses for a trip.

All in violation of Title 29, United States Code, Section 439(c).

## COUNT 2

3.  On or about March 30, 2006, in Barbour County, in the Middle District of Alabama,

CHRISTY NICOLE FREEMAN

defendant herein, did willfully make a false entry in a record required to be kept by Section 436. Specifically, FREEMAN caused (a) Local 780 check number 484 to be made payable to herself in the amount of $200.00, and (b) the notation on the accompanying check stub to falsely state that the purpose of the check related to payment of a telephone bill.

All in violation of Title 29, United States Code, Section 439(c).

LEURA G. CANARY
United States Attorney

ANDREW O. SCHIFF
Assistant United States Attorney